UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DONNIE PATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:10-CV-76-FL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 13, 2012, that the Administrative Law Judge rendered a favorable decision to plaintiff on January 27, 2012 and final judgment is hereby rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on June 14, 2012, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

June 14, 2012                    JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk