IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-76-FL

| | |
|---|---|
| DONNIE PATE, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>   Defendant. )<br>_____) | ORDER |

It is ORDERED that Defendant pay the sum of $9,750 in attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(a), (d). Such payments should be sent to:

 Kathleen Shannon Glancy, PA
 114 South Front Street
 Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney fees under EAJA.

Upon the payment of such sum, this case is dismissed with prejudice.

This __28th__ day of __July__, 2012.

           /s/ Louise W. Flanagan
           Louise W. Flanagan
           United States District Court Judge